T210327711

# United States District Court
## Violation Notice
(Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| M13 | E 1102315 | JACOBS | 2540 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 9/12/2021  1645
Offense Charged  ☐ CFR  ☐ USC  ☒ State Code

Offense Charged: 36CFR4.2(b) 61-5-102 (1)(a)

Place of Offense: Glacier National Park
Two Medicine Valley

Offense Description: Factual Basis for Charge          HAZMAT ☐
Operate vehicle without valid DL

### DEFENDANT INFORMATION

Last Name: Oldchirf
First Name: David
M.I.: Paul

Street Address:

| Tag No. | State | Year | Make/Model | PROD | COLOR |
|---|---|---|---|---|---|
| CXC342 | MT | 18 | Hyundai Elantra | | Gry |

### APPEARANCE IS REQUIRED

A ☐ If Box A is checked, you must appear in court. See instructions.

### APPEARANCE IS OPTIONAL

B ☒ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court. See instructions.

$ 220.00   Forfeiture Amount
+ $30   Processing Fee

**PAY THIS AMOUNT AT**
**www.cvb.uscourts.gov**

$ 250.00   **Total Collateral Due**

### YOUR COURT DATE
(If no court appearance date is shown, you will be notified of your appearance date by mail.)

Court Address:
Date:
Time:

My signature signifies that I have received a copy of this violation notice. It is not an admission of guilt. I promise to appear for the hearing at the time and place instructed or in lieu of appearance pay the total collateral due.

X Defendant Signature: _____

Original - CVB Copy

*E1102315*

---

I state that on _____, 20_____ while exercising my duties as a law enforcement officer in the _____ District of _____

The foregoing statement is based upon:

☒ my personal observation          ☒ my personal investigation
☒ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 09/13/2021
Date (mm/dd/yyyy)          Officer's Signature

Probable cause has been stated for the issuance of a warrant.

Executed on: _____
Date (mm/dd/yyyy)          U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident;  PASS = 9 or more passenger vehicle;
CDL = Commercial drivers license;  CMV = Commercial vehicle involved in incident